UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JANE FLINT,

      Plaintiff,

v.

CITY OF MILWAUKEE,
PHILLIP C. SIMMERT,
PAUL FELICIAN,
KENNETH DAUGHERTY,
ANDREW MOURTY, and
JUTIKI JACKSON,

      Defendants.

Case No. 14-CV-333-JPS

ORDER

---

On January 12, 2015, the parties in this matter jointly filed a Stipulation to Dismiss. (Docket #111). The parties seek dismissal with prejudice and without costs to either party. (Docket #111). The Court will adopt the parties' stipulation (Docket #111) under Federal Rule of Civil Procedure 41(a) and accordingly dismiss this case with prejudice.

Accordingly,

IT IS ORDERED that the Stipulation to Dismiss filed by the parties (Docket #111) be and the same is hereby ADOPTED; this matter be and the same is hereby DISMISSED with prejudice.

Dated at Milwaukee, Wisconsin, this 15th day of January, 2016.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge